

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Ex parte Austin Lyman Bishop

Appellate case number:    01-17-00923-CR

Trial court case number:   17486A

Trial court:                21st District Court of Washington County

On December 28, 2017, we abated this appeal and remanded the case to the trial court for appellant to obtain a signed order on his application for a writ of habeas corpus, and for the trial court to enter findings of fact and conclusions of law and execute a certification of appellant's right to appeal. The district clerk has filed a supplemental clerk's record containing the trial court's January 17, 2018 order denying "the application as frivolous"[1] and certification of appellant's right to appeal stating that the case "is not a plea-bargain case, and the defendant has the right of appeal." Accordingly, we **reinstate** the case on the Court's active docket.

Further, the Court will consider briefing in this appeal. **Appellant's brief will be due within 20 days of the date of this order.** *See* TEX. R. APP. P. 31.1; *cf.* TEX. R. APP. P. 38.6(a). Appellee's brief will be due within 20 days of the date the appellant's brief is filed. *Cf. id.* 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

                      ☑ Acting individually    ☐ Acting for the Court

Date: February 1, 2018

---

[1]    *See* TEX. CODE CRIM. PROC. ANN. art. 11.072, § 7(a) (West 2015) (requiring order to find application frivolous or contain findings of fact and conclusions of law).